IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                    CASE NO. 1:09-cv-00039-MP-AK

REAL PROPERTY LOCATED AT
350 SE 2ND STREET UNIT 720
FT. LAUDERDALE, FLORIDA,
WITH ALL IMPROVEMENTS AND
APPURTENANCES THEREON ,

      Defendant.

_____/

### O R D E R

This matter is before the Court on Doc. 10, Consent Motion to Stay, filed by the

Government.  The defendant property is named in a pending criminal investigation.  Upon

consideration, the Court finds that a stay is necessary to protect the Government's ability to

prosecute the related criminal investigation.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion at Doc. 10 is GRANTED.  Pursuant to 18 U.S.C. § 981(g), the proceedings
are stayed until such time as the related criminal investigation is resolved.

**DONE AND ORDERED** this   *2nd* day of April, 2009


*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge