IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 350 SE 2ND
STREET UNIT 720 FT LAUDERDALE FLORIDA,

REAL PROPERTY LOCATED AT 501 SOUTH
MOODY AVENUE UNIT 1117 TAMPA FLORIDA,

2005 TOYOTA VIN 5TDZA22C15S225300,

BANK OF AMERICA CERTIFICATE OF DEPOSIT
ACCOUNT NUMBER 91000108882582, and

2008 TOYOTA VIN 1NXBR32E18Z972229,

    Defendants.

_____/

CASE NO. 1:09-cv-00039-MP-AK
CASE NO. 1:09-cv-00041-MP-AK
CASE NO. 1:09-cv-00043-MP-AK
CASE NO. 1:09-cv-00047-MP-AK
CASE NO. 1:09-cv-00049-MP-AK

**O R D E R**

This matter is before the Court on review of the stays in the above-captioned civil proceedings. A hearing was held by telephone on October 8, 2009, with all of the parties represented by counsel. As stated during the hearing, the stays in each of the above-captioned proceedings are continued until Friday, November 13, 2009. The Clerk is directed to refer the matters to chambers for reconsideration on that date.

**DONE AND ORDERED** this __9th__ day of October, 2009

                             *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge